HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH DERWIND SCOTT ANDERS,<br><br>Defendant. | Cause No. CR10-5662RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION REQUESTING JUDICIAL RECOMMENDATION |

THIS MATTER comes before the Court on Defendant's Pro Se Motion Requesting a Judicial Recommendation Concerning Length of Residential Re-Entry Center/Halfway House Placement. The Bureau of Prisons has sole discretion to determine where to house inmates, and if and when placement in a residential re-entry center or halfway house is appropriate. Accordingly, Defendant's Motion (Dkt. #88) is DENIED.

DATED this 15th day of February, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge