JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH SCOTT,<br><br>　　　　Defendant. | No. CR10-5662-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Kenneth Scott's unopposed motion to terminate his remaining period of supervised release. The Court has reviewed the unopposed motion, and the records and files, as well as the factors set forth in 18 U.S.C. § 3553(a), and finding good cause,

IT IS NOW ORDERED that the motion (Dkt. # 140) is GRANTED.  Kenneth Scott's term of supervised release is terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 11th day of  August, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(US v. Kenneth Scott; CR10-5662RAJ)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100